**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile:  (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
         kgrombacher@bradleygrombacher.com
         lking@bradleygrombacher.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECKA MILLER, an individual, and on behalf of classes of similarly situated individuals,<br><br>            Plaintiff,<br><br>v.<br><br>PLEX, INC., a Delaware corporation; and PLEX GMBH, a Swiss corporation<br>            Defendants. | **CASE NO: 5:22-cv-05015-SVK**<br>[Assigned to Hon. Magistrate Judge Susan Van Keulen]<br><br>**PLAINTIFF REBECKA MILLER'S DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY THE ACTION**<br><br>Date:         December 13, 2022<br>Time:        10:00 a.m.<br>Courtroom:   6, 4th Floor |

1

**PLAINTIFF REBECKA MILLER'S DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY THE ACTION**

## DECLARATION OF REBECKA MILLER

I, Rebecka Miller, hereby declare and state as follows:

1. I am a resident of Upland, California. I am the plaintiff in this action. I am over the age of 18. I have personal knowledge of the following facts, if called to testify, I could and would testify competently to them.

2. I created a user profile on Plex's mobile website in 2021 using an Android phone. In doing so I entrusted Plex with my Personal Identifying Information ("PII.") I never checked a box stating that I agreed to the Privacy Policy or the Terms of Service ("Terms").

3. When I sign up for services on the internet, one method that I typically use is signing up with my Google account, which allows me to enter my Google account credentials instead of creating new credentials.

4. To the best of my recollection, I believe I used this method to sign up for service with Plex. Although I did not take screen shots when I originally signed up for service, I have refreshed my memory with the current pages that can be accessed on Plex's website. As seen below, which was pulled from Plex's current websites, when creating a profile, I was not required to view the website's Terms. I did not see any hyperlinks to the website's Privacy Policy or Terms of Service. These hyperlinks are not and were not apparent to me and were not called out with a contrasting color, capitalized or set out in, underlined text, which from my experience with other websites, is typical. I never saw or clicked these hyperlinks. This inconspicuous text did not apprise me of Plex's privacy policy or terms of use, including the arbitration agreement and class action waiver contained in it and I never understood that use of the website would constitute assent to those terms.

///
///
///
///
///
///

1

**PLAINTIFF REBECKA MILLER'S DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY THE ACTION**

| SIGN UP PAGE | GOOGLE SIGN IN POP UP |
|---|---|

[Screenshot: Plex sign-up page at plex.tv showing "Create your free account - No credit card required" with options to Continue with Google, Continue with Facebook, Continue with Apple, or enter Email address and Create password, then "Create an Account" button. "Already have an account? Sign in"]

[Screenshot: Google "Sign in with Google" page at accounts.google.com showing "Sign in to continue to Plex" with Email or phone field, "Forgot email?" link, disclosure that Google will share name, email address, language preference, and profile picture with Plex, with links to privacy policy and terms of service, "Create account" and "Next" button]

5. On or about August 25, 2022, I received an email from Plex notifying me that my PII had been accessed by malicious third parties without authorization. Because of the Data Breach, I have continuously monitored my various accounts to detect misuse of my PII and will continue to expend time to protect against fraudulent use or sale of my PII.

6. As a result of the notice, I have spent time dealing with the consequences of the data breach, which includes time spent reviewing the account compromised by the breach,

2

**PLAINTIFF REBECKA MILLER'S DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO DISMISS OR STAY THE ACTION**

contacting my credit card company, exploring credit monitoring options, and self- monitoring my accounts.

7. Knowing that the hacker stole my PII, and that my PII may be available for sale on the dark web, has caused me anxiety. I am now greatly concerned about credit card theft and identity theft in general. This breach has given me hesitation about utilizing online websites.

8. The aftermath of the Data Breach has been exasperated by the fact that I have been notified of multiple attempts to login to my other online accounts that are registered under the same email address as the one I used when I created my Plex account.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 8th day of November, 2022, at Upland CA, California.

_____
Rebecka Miller