**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
Lirit A. King, Esq. (SBN 252521)
31365 Oak Crest Drive, Suite 240
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
        kgrombacher@bradleygrombacher.com
        lking@bradleygrombacher.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECKA MILLER, an individual, and on behalf of classes of similarly situated individuals,<br><br>            Plaintiff,<br><br>v.<br><br>PLEX, INC., a Delaware corporation; and PLEX GMBH, a Swiss corporation<br>            Defendants. | **CASE NO: 5:22-cv-05015-SVK**<br>[Assigned to Hon. Magistrate Judge Susan Van Keulen]<br><br>**DECLARATION OF KILEY L. GROMBACHER IN SUPPORT OF MOTION TO LIFT STAY AND REOPEN THE CASE FOR LITIGATION**<br><br>Date:          December 12, 2023<br>Time:          10:00 a.m.<br>Courtroom:  6, 4th Floor |

**GROMBACHER DECLARATION ISO MOTION TO LIFT STAY**

I, Kiley L. Grombacher, hereby declare:

1. I am an attorney duly admitted to practice law before this Court, and am one of the attorneys representing Plaintiff Rebecka Miller ("Plaintiff") in this action. If called upon to do so, I could and would testify competently to the information set forth herein.

2. On September 1, 2022, Plaintiff filed a claim against Defendant Plex, Inc.'s and Defendant Plex, GmbH's (collectively "Defendants") in this Court following a data breach wherein Plaintiff's personally identifiable information held by Defendants was made vulnerable by Defendants to unauthorized access by cybercriminals. A true and correct copy of Plaintiff's operative Complaint is attached here as **Exhibit A**.

3. On March 30, 2023, this Court granted Defendants' motion to compel Plaintiff to arbitration as provided in Defendants' Terms of Service. The Court stayed the litigation pending completion of the arbitration at that time. A true and correct copy of the Court's March 30, 2023 order granting Defendants' motion to compel arbitration is attached here as **Exhibit B**.

4. On April 28, 2023, Plaintiff initiated arbitration proceedings at JAMS. A true and correct copy of the filing receipt is attached here as **Exhibit C**.

5. On May 10, 2023, JAMS issued an invoice to Defendants for non-refundable filing fees in the amount of $2,000. The invoice required "payment [] due upon receipt." A true and correct copy of the May 10, 2023 Invoice is attached here as **Exhibit D**.

6. Plaintiff submitted a request for Fee Waiver with JAMS, which was approved by JAMS on or around May 10, 2023. A true and correct copy of the May 12, 2023 email from JAMS confirming that Plaintiff's requested Fee Waiver was granted by JAMS is attached here as **Exhibit E**.

7. On August 31, 2023, JAMS issued an invoice to Defendants for "Deposit for services" in the amount of $6,500. The invoice required "payment [] due upon receipt." A true and correct copy of the August 31, 2023 Invoice is attached here as **Exhibit F**.

8. On September 21, 2023, Plaintiff's counsel was copied on an email from JAMS, reminding Defendants that their August 31, 2023 Invoice "remain[ed] due" and was *late* because "[f]ees were due upon receipt" of the August 31, 2023 Invoice. A true and correct copy of that

email is attached here as **Exhibit G**.

9. On October 5, 2023, JAMS issued a second email to the parties, reiterating that Defendants' August 31, 2023 Invoice payment was past due, and remained unpaid. (*See*, **Exhibit G**).

10. On October 5, 2023, Defendants' counsel included Plaintiff's counsel on their reply email to JAMS. Defendants' counsel stated that they "sent for approval by the client and will follow up." (*See*, **Exhibit G**).

11. To my knowledge, Defendants' counsel did not provide the promised "follow up" to JAMS and Defendants' past due fees remained unpaid until October 20, 2023, after the third email payment reminder from JAMS was received by both parties on October 19, 2023.

12. On October 19, 2023, JAMS issued a third email to the parties, again reiterating that Defendants' August 31, 2023 Invoice payment was past due, and still remained unpaid. (*See*, **Exhibit G**).

13. On October 19, 2023, Defendants' counsel included Plaintiff's counsel on their reply email to JAMS. Defendants' counsel stated that they "received approval from [their] client to pay the invoice which is getting processed." (*See*, **Exhibit G**).

14. Over the hour following my receipt of JAMS' October 19, 2023 third payment email reminder to Defendants, subsequent email correspondence between the parties and JAMS continued regarding Defendants' payment delinquency and the status of the arbitration proceedings at JAMS. (*See*, **Exhibit G**, my ("KLG") Oct 19, 2023 8:59 am email; email of Defense Counsel, David M. Liu ("DLM") 9:08 am email; KLG 9:10am email)

15. On October 19, 2023, JAMS issued another email to the parties, stating: "As we have not received the payment for the initial retainer [from Defendants], this matter will be administratively stayed. Notice of [A]dministrative Stay will be posted to JAMS Access momentarily." (*See*, **Exhibit G** and screenshot inserted below).

///

///

///

2

**GROMBACHER DECLARATION ISO MOTION TO LIFT STAY**

> On Oct 19, 2023, at 9:33 AM, Jennifer Rodriguez <JRodriguez@jamsadr.com> wrote:
>
> Counsel,
>
> As we have not received the payment for the initial retainer, this matter will be administratively stayed. Notice of administrative Stay will be posted to JAMS Access momentarily.
>
> Best,
> Jen
>
> <image002.png>
>
> **Jen Rodriguez** (She/Her)
> ADR Specialist
>
> JAMS - *Local Solutions. Global Reach.*™
> 555 West 5th Street | 32nd Floor | Los Angeles, CA 90013
> Main: 213-620-1133 | Direct: 213-253-9780
> www.jamsadr.com
>
> Manage your case anytime, anywhere. **Register now for JAMS Access.**
> Follow us on LinkedIn, Facebook and Twitter.

16.  Over the next few hours following my receipt of JAMS' October 19, 2023 email notifying the parties of the administrative stay, subsequent email correspondence between the parties and JAMS continued regarding Defendants' payment delinquency and the status of the arbitration proceedings at JAMS. In the course of this set of correspondence, Defendants' counsel represented that JAMS would have payment of the August 31, 2023 Invoice fees "by tomorrow [October 20, 2023] morning." (*See*, **Exhibit G**, KLG Oct 19, 2023 9:41am email; DLM 9:49am email; KLG 10:15am email; DLM 10:33am email; DLM 2:26pm email; KLG 3:29pm email).

17.  On October 19, 2023 JAMS issued a Notice of Administrative Stay. It informed the parties that "JAMS has not received the initial retainer necessary to proceed with this arbitration from [Defendants]" and "[a]s a result, this matter is on administrative stay." The Notice also informed the parties that all hearing dates would be canceled, if any had been reserved. A true and correct copy of the Notice of Administrative Stay is attached here as **Exhibit H**.

18.  On October 24, 2023, email correspondence continued between the parties and JAMS continued regarding JAMS' Notice of Administrative Stay and the status of the arbitration proceedings at JAMS. (*See*, **Exhibit G**, David Oct. 24, 2023 11:24am email; Kiley 11:31am email).

19. On October 24, 2023, JAMS issued an email to both parties to inform them that "JAMS will close its file at this time." (*See*, **Exhibit G** and screenshot inserted below).

> From: Jennifer Rodriguez <JRodriguez@jamsadr.com>
> Sent: Tuesday, October 24, 2023 1:32 PM
> To: Kiley Grombacher <kgrombacher@bradleygrombacher.com>; David M. Liu <david.liu@fmglaw.com>
> Cc: Kendall Shirai <KShirai@jamsadr.com>; Leslie Joyner <ljoyner@bradleygrombacher.com>; Marc J. Shrake <MShrake@fmglaw.com>; Lisa Johnston Nicholes <ljnicholes@bradleygrombacher.com>
> Subject: RE: Miller, Rebecka vs. Plex, Inc. - JAMS Ref No. 5230000185
>
> Caution: This email originated from outside of the FMG organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Counsel,
>
> JAMS has received and reviewed counsel for Claimant's October 19, 2023, email stating that Claimant believes Respondent has violated CCP section 1281.98 and that Claimant intends to proceed in court. I have been asked to advise you that in light of Claimant's notice of withdrawal, JAMS will close its file at this time. If the parties agree or a court orders the parties to continue in arbitration, JAMS will reopen the file and resume administration.
>
> Best,
> Jen
>
> Jen Rodriguez (She/Her)
> ADR Specialist
>
> JAMS - *Local Solutions. Global Reach.*™
> 555 West 5th Street | 32nd Floor | Los Angeles, CA 90013
> Main: 213-620-1133 | Direct: 213-253-9780
> www.jamsadr.com
>
> Manage your case anytime, anywhere. Register now for JAMS Access.
> Follow us on LinkedIn, Facebook and Twitter.

20. On October 26, 2023 and November 2, 2023, email correspondence continued between the parties and JAMS regarding JAMS' Notice of Administrative Stay, JAMS' October 24, 2023 email, and the status of the arbitration proceedings at JAMS. (*See*, **Exhibit G**, DLM Oct. 26, 2023 11:53am email; KLG 12:03pm email; DLM 3:28pm email; KLG 4:10pm email; KLG Nov. 2, 2023 11:49am email; DLM 12:28pm email).

21. On November 2, 2023, JAMS issued an email to both parties, affirming—"[a]s previously indicated on October 24[, 2023]"—that "JAMS has closed its file for this matter." JAMS reaffirmed its requirement that payment for the August 31, 2023 Invoice sent to Defendants was "due upon receipt." This email from JAMS also clarified that the November 18, 2023 date provided in the October 19, 2023 Notice of Administrative Stay (**Exhibit H**) simply "provided an administrative deadline as to when JAMS would administratively close its file. This date was not intended to and did not extend the due date for payment of the outstanding [August 31, 2023] invoice." (*See*, **Exhibit G** and screenshot inserted below).



I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 14th day of November 2023, at Westlake Village California.

          */s/ Kiley Grombacher*
          Kiley L. Grombacher