# EXHIBIT E

| | |
|---|---|
| **From:** | Geraldine Yulo |
| **To:** | Kiley Grombacher; Leslie Joyner |
| **Subject:** | Miller, Rebecka vs. Plex, Inc. - JAMS Ref No. 5230000185 |
| **Date:** | Friday, May 12, 2023 8:55:01 AM |
| **Attachments:** | image001.png |

Dear Claimant Counsel:

Since the Fee Waiver was granted, filling fee has been assessed to Respondent.  As such, your payment of $250 is in queue for refund.

Best,

Geri



**Geraldine "Geri" Yulo**
Arbitration Practice Consultant
Direct: 213-253-9711
Email: GYulo@jamsadr.com

**JAMS -** *Local Solutions. Global Reach.*$^{TM}$
www.jamsadr.com

Manage your case anytime, anywhere. **Register now for JAMS Access**.

Follow us on **LinkedIn**, **Facebook** and **Twitter**.

*Member of **AAPI@JAMS**, a Community Group dedicated to creating and fostering a diverse and inclusive workplace. **Learn more about Diversity, Equity and** Proud **Inclusion at JAMS**.*