| | |
|---|---|
| 1 | **BRADLEY/GROMBACHER, LLP** |
| 2 | Marcus J. Bradley, Esq. (SBN 174156) |
|   | Kiley L. Grombacher, Esq. (SBN 245960) |
| 3 | 31365 Oak Crest Drive, Suite 240 |
|   | Westlake Village, California 91361 |
| 4 | Telephone: (805) 270-7100 |
|   | Facsimile:  (805) 270-7589 |
| 5 | E-Mail: mbradley@bradleygrombacher.com |
| 6 |         kgrombacher@bradleygrombacher.com |
| 7 | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REBECKA MILLER, an individual, and on behalf of classes of similarly situated individuals, | **CASE NO: 5:22-cv-05015-SVK** |
| | [Assigned to Hon. Magistrate Judge Susan Van Keulen] |
| Plaintiff, | |
| v. | [~~PROPOSED~~] **ORDER GRANTING STIPULATION FOR DISMISSAL** |
| PLEX, INC., a Delaware corporation; and PLEX GMBH, a Swiss corporation | |
| Defendants. | *(Filed concurrently with the Stipulation for Dismissal Pursuant to FRCP 41(a)(1)(A)(ii))* |

1

[~~PROPOSED~~] ORDER GRANTING NOTICE OF DISMISSAL

**[PROPOSED] ORDER**

The Court has reviewed the Parties' Stipulation to for Dismissal Pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(A)(ii). Good cause appearing, IT IS HEREBY ORDERED:

1. That all of Plaintiff's individual claims alleged in the action be dismissed with prejudice.
2. That all class claims alleged shall be dismissed without prejudice.
3. That each side shall bear its own fees and costs except as provided in the agreement made by and between the Parties.

**IT IS SO ORDERED.**

DATED:  December 17, 2025

*[signature: Susan van Keulen]*
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

2
[PROPOSED] ORDER GRANTING NOTICE OF DISMISSAL